IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Committee for Recognition of Nursing Achievement,<br><br>                Plaintiff,<br>  v.<br><br>Stanford Hospital & Clinics,<br><br>                Defendant. | NO. C 09-04031 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING DATE ON DISPOSITIVE MOTIONS** |

This case is scheduled for a Case Management Conference on January 11, 2010. The parties filed a Joint Case Management Conference Statement. (See Docket Item No. 17.) In their Joint Statement, the parties represent that this case can be resolved through dispositive motions. Upon review of the Joint Statement, the Court finds good cause to vacate the Case Management Conference and set a hearing date for dispositive motions.

Accordingly, the Court VACATES the Case Management Conference. On **March 22, 2010 at 9 a.m.**, the Court will conduct a hearing on the parties' anticipated cross-motions for summary judgment or motions to compel arbitration. The parties shall notice their motions in accordance with the Civil Local Rules of the Court. The Court will set a Case Management Conference in its Order addressing the anticipated Motions, if necessary.

Dated: January 6, 2010

                                                      JAMES WARE<br>
                                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eileen Regina Ridley eridley@foley.com
Laurence R. Arnold larnold@foley.com
Linda Lye llye@altshulerberzon.com
Scott Powers Inciardi sinciardi@foley.com

**Dated: January 6, 2010**                              **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California