IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Committee for Recognition of Nursing Achievement, | NO. C 09-04031 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Stanford Hospital & Clinics, | |
| Defendant. | |

Pursuant to the Court's May 6, 2010 Order Granting Plaintiff's Motion to Compel Arbitration; Denying as Moot Defendant's Motion for Summary Judgment, judgment is entered in favor of Plaintiff Committee for Recognition of Nursing Achievement, against Defendant Stanford Hospital and Clinics.

Each party shall bear their own fees and costs.  The Clerk shall close this file.

Dated:  May 6, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Danielle Evelyn Leonard dleonard@altshulerberzon.com
Eileen Regina Ridley eridley@foley.com
Laurence R. Arnold larnold@foley.com
Linda Lye llye@altshulerberzon.com
Scott Powers Inciardi sinciardi@foley.com

**Dated: May 6, 2010**                                    **Richard W. Wieking, Clerk**

                                                                     **By:   /s/ JW Chambers**
                                                                               **Elizabeth Garcia**
                                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California